IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RAYMOND CHRISTOPH,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:12-CV-2152-L |
| **SERGEANT C. YOUNG,** | § § § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff Raymond Christoph's ("Plaintiff" or "Christoph") *pro se* action pursuant to 42 U.S.C. § 1983. The case was recommitted to Magistrate Judge David L. Horan who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on April 4, 2016, recommending that the court *sua sponte* dismiss the action without prejudice for failure to prosecute and obey orders of the court pursuant to Federal Rule of Civil Procedure 41(b). No objections to the Report were filed.

After reviewing the pleadings, file, record, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court *sua sponte* **dismisses** the petition **without prejudice** for failure to prosecute and comply with orders of the court pursuant to Federal Rule of Civil Procedure 41(b).

**It is so ordered** this 28th day of April, 2016.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**